# CLERK'S COURTROOM MINUTE SHEET

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**SCOTT W. ANDERSON,**

    **Defendant.**

Case No. 2:23-cr-20012-HLT

**Attorney for Plaintiff:**    Chris Oakley
**Attorney for Defendant:**    Robin Fowler

| JUDGE: | District Judge Holly L. Teeter | DATE: | 5/15/2025 |
|---|---|---|---|
| CLERK: | Misty Deaton | TAPE/REPORTER: | Kristina Scott |
| INTERPRETER: | n/a | PROBATION: | Cassidi Lundell |

☒ For Details of Sentence See Judgment and Commitment Order

☒ Restitution Ordered under 18:3663      $ 3,778,695.39    on all count(s)
     $ _____ on count(s)

☒ **Total Restitution:**      $ **3,778,695.39**

☐ Defendant Fined      $ _____ on count(s)
     $ _____ on count(s)

☐ **Total Fine:**      $ _____

☒ Defendant Assessed under 18:3013      $ 1,400.00    on all count(s)
     $ _____ on count(s)

☒ **Total Assessment:**      $ **1,400.00**

☐ Count(s) _____ dismissed by the court on the motion of the United States.
☒ Government ☒ Defendant   - Advised of right to appeal
☒ Defendant to voluntarily surrender: to BOP custody
☐ Defendant remanded to custody
☐ Stay of Execution   ☐ Granted   ☐ Denied
☒ Notes: Defendant and counsel appear in person. The parties enter into a sentencing agreement filed herein and as set forth in the full record. The Court confirms that Defendant received and reviewed with counsel the Amended Presentence Investigation Report. Doc. 103. Defendant has no objections.