# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

                  Plaintiff,

    v.                                  Case No. 23-20012-HLT

SCOTT W. ANDERSON,

                  Defendant.

## UNOPPOSED MOTION TO DISMISS

The United States of America, by and through D. Christopher Oakley, Assistant U.S. Attorney, hereby moves the Court to dismiss the Indictment and Superseding Indictment without prejudice in the interests of justice.

                        DUSTIN J. SLINKARD
                        Acting United States Attorney

                        */s/ D. Christopher Oakley*
                        D. CHRISTOPHER OAKLEY
                        Assistant United States Attorney
                        500 State Avenue, Suite 360
                        Kansas City, KS 66101
                        Ph. 913-551-6730
                        Fax 913-551-3541
                        Chris.Oakley@usdoj.gov
                        Ks S.Ct.No. 19248

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 19, 2025, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the above-captioned case.

> *<u>/s/ D. Christopher Oakley</u>*
> D. CHRISTOPHER OAKLEY
> Assistant United States Attorney